# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO RAMIREZ ZAMORA,  ) Case No. ED CV 10-1607 JCG
        Plaintiff, )
        v. ) **JUDGMENT**
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION, )
        Defendant. )

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated: July 22, 2011

                              Hon. Jay C. Gandhi
                           United States Magistrate Judge